1  TRISH M. HIGGINS (State Bar No. 119215)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  400 Capitol Mall, Suite 3000
   Sacramento, CA 95814-4497
3  Telephone:    916-447-9200
   Facsimile:    916-329-4900
4
   MICHAEL D. WEIL (State Bar No. 209056)
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA 94105-2669
7  Telephone:    415-773-5700
   Facsimile:    415-773-5759
8
   Attorneys for Defendant
9  Morgan Stanley & Co., Inc.
   (f/k/a Morgan Stanley DW, Inc.)
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13              SAN FRANCISCO DIVISION

14

15  FISHER INVESTMENTS, INC., a California          Case No.  C 07 2547 JCS
    corporation,
16                                                  **DECLARATION OF SERVICE
                    Plaintiff,                       BY MAIL**
17
          v.
18
    MORGAN STANLEY DW, INC., a
19  Delaware corporation, and DOES 1-10,
    inclusive,
20
                    Defendants.
21

22

23

24

25

26

27

28

OHS West:260233352.1

## DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California  94105-2669.

On May 15, 2007, I served upon plaintiff Fisher Investments, Inc. the following documents:

**CIVIL COVER SHEET**

**NOTICE OF REMOVAL BY DEFENDANT MORGAN STANLEY & CO., INC. (F/K/A MORGAN STANLEY DW, INC.)**

**NOTICE OF INTERESTED PARTIES BY DEFENDANT MORGAN STANLEY & CO., INC. (F/K/A MORGAN STANLEY DW, INC.)**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

**ECF REGISTRATION INFORMATION HANDOUT**

**"WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO"** *[guidelines]*

by placing true and correct copies thereof in sealed envelopes addressed as follows:

> Joseph W. Cotchett
> Nancy L. Fineman
> Cotchett, Pitre & McCarthy
> San Francisco Airport Office Center
> 840 Malcolm Road, Suite 200
> Burlingame, CA 94010
>
> Scott Metzger
> Anna F. Roppo
> Duckor Spradling Metzger & Wynne
> 3043 4th Avenue
> San Diego, CA 92103

I am employed in the county from which the mailing occurred.  On the date indicated above, I placed the sealed envelopes for collection and mailing at this firm's office business address indicated above.  I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service.  Under that

1  practice, the firm's correspondence would be deposited with the United States Postal Service on

2  this same date with postage thereon fully prepaid in the ordinary course of business.

3       Executed on May 15, 2007, in the City and County of San Francisco, State of California.

4       I declare under penalty of perjury under the laws of the State of California that the

5  foregoing is true and correct.

6

7                                   _Kate Brandt_

8                                         Kate Brandt

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28