1  JOSEPH W. COTCHETT (#36324; jcotchett@cpmlegal.com)
   NANCY L. FINEMAN (#124870; nfineman@cpmlegal.com)
2  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
3  840 Malcolm Road, Suite 200
   Burlingame, CA  94010
4  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
5
   SCOTT METZGER (#89718; metzger@dsmwlaw.com)
6  ANNA F. ROPPO (#132680; roppo@dsmwlaw.com)
   **DUCKOR SPRADLING METZGER & WYNNE**
7  3043 - 4th Avenue
   San Diego, CA 92103
8  Telephone: (619) 209-3000
   Facsimile: (619) 209-3043
9
   Attorneys for Plaintiff
10 FISHER INVESTMENTS, INC.

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FISHER INVESTMENTS, INC., a California corporation, | Case No. C 07-02547 JCS |
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| vs. | |
| MORGAN STANLEY DW, INC., a Delaware corporation, and DOES 1-10, inclusive, | |
| Defendants. | |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**DEMAND FOR JURY TRIAL**
**Case No. C 07-02547 JCS**

1  Without waiving any objections it may have to jurisdiction, Plaintiff Fisher
2  Investments, Inc. hereby demands trial by jury in this action.

4  Dated: May 16, 2007          **COTCHETT, PITRE & McCARTHY**
                                **DUCKOR SPRADLING METZGER & WYNNE**

6                               By      /s/ Nancy L. Fineman
                                     NANCY L. FINEMAN
7                                    *Attorneys for Plaintiff*

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**DEMAND FOR JURY TRIAL**
Case No. C 07-02547 JCS                                                    1