1 | Counsel Listed on Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FISHER INVESTMENTS, INC., a California corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>MORGAN STANLEY DW, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. C 07 2547 JCS<br><br>**STIPULATION CONTINUING DUE DATE OF DEFENDANT MORGAN STANLEY & CO., INC.'S (F/K/A MORGAN STANLEY DW, INC.) RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**LOCAL RULE 6-1(a)** |

| | |
|---|---|
| 1 | JOSEPH W. COTCHETT (State Bar No. 36324) |
| | NANCY L. FINEMAN (State Bar No. 124870) |
| 2 | COTCHETT, PITRE & McCARTHY |
| | San Francisco Airport Office Center |
| 3 | 840 Malcolm Road, Suite 200 |
| | Burlingame, CA 94010 |
| 4 | Telephone:     650-697-6000 |
| | Facsimile:      650-697-0577 |
| 5 | |
| | SCOTT METZGER (State Bar No. 89718) |
| 6 | ANNA F. ROPPO (State Bar No. 132680) |
| | DUCKOR SPRADLING METZGER & WYNNE |
| 7 | 3043 – 4th Avenue |
| | San Diego, CA 92103 |
| 8 | Telephone:     619-209-3000 |
| | Facsimile:      619-209-3043 |
| 9 | |
| | Attorneys for Plaintiff |
| 10 | Fisher Investments, Inc. |
| 11 | TRISH M. HIGGINS (State Bar No. 119215) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 400 Capitol Mall, Suite 3000 |
| | Sacramento, CA  95814-4497 |
| 13 | Telephone:     916-447-9200 |
| | Facsimile:      916-329-4900 |
| 14 | |
| | MICHAEL D. WEIL (State Bar No. 209056) |
| 15 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 16 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| 17 | Telephone:     415-773-5700 |
| | Facsimile:      415-773-5759 |
| 18 | |
| | Attorneys for Defendant |
| 19 | Morgan Stanley & Co., Inc. |
| | (f/k/a Morgan Stanley DW, Inc.) |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  Plaintiff Fisher Investments, Inc. ("Plaintiff" or "Fisher"), on the one hand, and Defendant
2  Morgan Stanley & Co., Inc. (f/k/a Morgan Stanley DW, Inc.) ("Defendant" or "Morgan
3  Stanley"), on the other hand, through their respective counsel, HEREBY STIPULATE and
4  AGREE pursuant to Local Rule 6-1(a) as follows:

5  1.  Plaintiff Fisher filed its Complaint ("Complaint") in the Superior Court for the
6  County of San Mateo on April 12, 2007, and served it on April 13, 2007.  Defendant Morgan
7  Stanley removed the complaint to federal court on May 14, 2007.  Accordingly, Morgan Stanley's
8  response is due on May 21, 2007.  The parties stipulate and agree that Defendant's time to
9  respond to Plaintiff's Complaint shall be continued fifteen (15) days, until June 5, 2007.

10  SO STIPULATED.

11  Dated: May 16, 2007                JOSEPH W. COTCHETT
                                       NANCY L. FINEMAN
12                                     COTCHETT, PITRE & McCARTHY

13                                     SCOTT METZGER
                                       ANNA F. ROPPO
14                                     DUCKOR SPRADLING METZGER & WYNNE

15

16                                     By:         /s/
                                              Anna Roppo
17                                         Attorneys for Plaintiff
                                           Fisher Investments, Inc.
18

19  Dated: May 16, 2007                TRISH M. HIGGINS
                                       MICHAEL D. WEIL
20                                     ORRICK, HERRINGTON & SUTCLIFFE LLP

21

22                                     By:         /s/
                                              Michael D. Weil
23                                         Attorneys for Defendant
                                           Morgan Stanley & Co., Inc.
24                                         (f/k/a Morgan Stanley DW, Inc.)

25

26  ///

27  ///

28  ///

OHS West:260233252.1

STIPULATION CONTINUING DUE DATE OF
DEFENDANT'S RESPONSE TO PLAINTIFF'S
COMPLAINT (CASE NO. C 07 2547 JCS)

1  I hereby attest that the concurrence in the filing of this document has been obtained from
2  Anna Roppo, Attorney for Plaintiff, Fisher Investments, Inc.
3
4                                      By:            /s/
                                          Michael D. Weil
5                                         Attorneys for Defendant
                                          Morgan Stanley & Co., Inc.
6                                         (f/k/a Morgan Stanley DW, Inc.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

OHS West:260233252.1         - 2 -         STIPULATION CONTINUING DUE DATE OF
                                           DEFENDANT'S RESPONSE TO PLAINTIFF'S
                                           COMPLAINT (CASE NO. C 07 2547 JCS)