# NOTICE

| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| FISHER INVESTMENTS, INC.<br>v.<br>MORGAN STANLEY DW, INC. | DOCKET NO. C-07-2547-SC |
| | CASE: **X** CIVIL ☐ CRIMINAL |

**XXX**   TAKE NOTICE that a proceeding in the above-entitled case has been set for the time, date and place set forth below

| PLACE: U.S. DISTRICT COURT<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO, CA 94102 | **COURTROOM: 1**     **FLOOR: 17**<br><br>**DATE: 8/17/07**     **TIME: 10:00 A.M.** |
|---|---|

| TYPE OF PROCEEDINGS:<br><br>**CASE MANAGEMENT CONFERENCE** |
|---|

_____   TAKE NOTICE that the proceeding in the above-entitled case, has been CONTINUED as indicated below:

| **DATE & TIME PREVIOUSLY SET** | **DATE & TIME CONTINUED TO** | PLACE: U.S. DISTRICT COURT<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO, CA 94102 |
|---|---|---|
| | | |

_____ As surety for the defendant, you are required to produce the defendant's person in court at the time, date and place set forth above; otherwise, the bail may be forfeited.[1]

| RICHARD W. WIEKING<br>    CLERK OF THE COURT | SPECIAL PROCEDURES OR REQUIREMENTS: |
|---|---|
| T. DE MARTINI<br>    DEPUTY CLERK     DATE: 5/18/07 | |

_XX____ individual's attendance is required in person

---

[1] Applies only in criminal cases