JOSEPH W. COTCHETT (#36324; jcotchett@cpmlegal.com)
NANCY L. FINEMAN (#124870; nfineman@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

SCOTT METZGER (#89718; metzger@dsmwlaw.com)
ANNA F. ROPPO (#132680; roppo@dsmwlaw.com)
**DUCKOR SPRADLING METZGER & WYNNE**
3043 - 4th Avenue
San Diego, CA 92103
Telephone: (619) 209-3000
Facsimile: (619) 209-3043

Attorneys for Plaintiff
FISHER INVESTMENTS, INC.

# UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FISHER INVESTMENTS, INC., a California corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY DW, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>               Defendants.<br>_____ | Case No. C 07-02547 SC<br><br>**NOTICE OF INTERESTED PARTIES BY PLAINTIFF FISHER INVESTMENTS, INC.** |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**Notice of Interested Parties by Plaintiff Fisher Investments, Inc.**
**Case No. C 07-02547 JCS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Fisher Asset Management, LLC, dba Fisher Investments

Fisher Investments, Inc.

Dated: May 22, 2007

**COTCHETT, PITRE & McCARTHY**
**DUCKOR SPRADLING METZGER & WYNNE**

By    /s/ Nancy L. Fineman
      NANCY L. FINEMAN
      *Attorneys for Plaintiff*