1  Counsel Listed on Next Page

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12 | FISHER INVESTMENTS, INC., a California corporation, | Case No.  C 07 2547 JCS
13 |                                                    | **STIPULATION CONTINUING DUE DATE OF DEFENDANT MORGAN STANLEY & CO., INC.'S (F/K/A MORGAN STANLEY DW, INC.) RESPONSE TO PLAINTIFF'S COMPLAINT**
   |                    Plaintiff,                      |
14 |                                                    |
   |                       v.                           |
15 |                                                    |
   | MORGAN STANLEY DW, INC., a Delaware corporation, and DOES 1-10, inclusive, |
16 |                                                    |
17 |                                                    | **LOCAL RULE 6-1(a)**
   |                   Defendants.                      |
18

19

20

21

22

23

24

25

26

27

28

OHS West:260243237.1

STIPULATION CONTINUING DUE DATE OF
DEFENDANT'S RESPONSE TO PLAINTIFF'S
COMPLAINT  (Case No. C 07 2547 JCS)

| | |
|---|---|
| 1 | JOSEPH W. COTCHETT (State Bar No. 36324) |
|   | NANCY L. FINEMAN (State Bar No. 124870) |
| 2 | COTCHETT, PITRE & McCARTHY |
|   | San Francisco Airport Office Center |
| 3 | 840 Malcolm Road, Suite 200 |
|   | Burlingame, CA 94010 |
| 4 | Telephone:    650-697-6000 |
|   | Facsimile:     650-697-0577 |
| 5 | |
|   | SCOTT METZGER (State Bar No. 89718) |
| 6 | ANNA F. ROPPO (State Bar No. 132680) |
|   | DUCKOR SPRADLING METZGER & WYNNE |
| 7 | 3043 – 4th Avenue |
|   | San Diego, CA 92103 |
| 8 | Telephone:    619-209-3000 |
|   | Facsimile:     619-209-3043 |
| 9 | |
|   | Attorneys for Plaintiff |
| 10 | Fisher Investments, Inc. |
| 11 | TRISH M. HIGGINS (State Bar No. 119215) |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 400 Capitol Mall, Suite 3000 |
|   | Sacramento, CA  95814-4497 |
| 13 | Telephone:    916-447-9200 |
|   | Facsimile:     916-329-4900 |
| 14 | |
|   | MICHAEL D. WEIL (State Bar No. 209056) |
| 15 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 16 | 405 Howard Street |
|   | San Francisco, CA  94105-2669 |
| 17 | Telephone:    415-773-5700 |
|   | Facsimile:     415-773-5759 |
| 18 | |
|   | Attorneys for Defendant |
| 19 | Morgan Stanley & Co., Inc. |
|   | (f/k/a Morgan Stanley DW, Inc.) |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Plaintiff Fisher Investments, Inc. ("Plaintiff" or "Fisher"), on the one hand, and Defendant Morgan Stanley & Co., Inc. (f/k/a Morgan Stanley DW, Inc.) ("Defendant" or "Morgan Stanley"), on the other hand, through their respective counsel, HEREBY STIPULATE and AGREE pursuant to Local Rule 6-1(a) as follows:

1. Plaintiff Fisher filed its Complaint ("Complaint") in the Superior Court for the County of San Mateo on April 12, 2007, and served it on April 13, 2007. Defendant Morgan Stanley removed the complaint to federal court on May 14, 2007.

2. On May 16, 2007, the parties stipulated to extend the time for Morgan Stanley's response to the Complaint from May 21, 2007 to June 5, 2007.

3. The parties stipulate and agree that Defendant's time to respond to Plaintiff's Complaint shall be continued another fifteen (15) days, until June 20, 2007.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

OHS West:260243237.1

STIPULATION CONTINUING DUE DATE OF DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT (CASE NO. C 07 2547 JCS)

Case 3:07-cv-02547-SC    Document 13    Filed 06/01/2007    Page 4 of 4

1	4.	This stipulation will not alter the date of any event or any deadline already fixed
2 by Court order.

SO STIPULATED.

Dated: May 31, 2007

JOSEPH W. COTCHETT
NANCY L. FINEMAN
COTCHETT, PITRE & McCARTHY

SCOTT METZGER
ANNA F. ROPPO
DUCKOR SPRADLING METZGER & WYNNE


By: _____/s/_____
Anna Roppo
Attorneys for Plaintiff
Fisher Investments, Inc.

Dated: May 31, 2007

TRISH M. HIGGINS
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____/s/_____
Michael D. Weil
Attorneys for Defendant
Morgan Stanley & Co., Inc.
(f/k/a Morgan Stanley DW, Inc.)


I hereby attest that the concurrence in the filing of this document has been obtained from Anna Roppo, Attorney for Plaintiff, Fisher Investments, Inc.


By: _____/s/_____
Michael D. Weil
Attorneys for Defendant
Morgan Stanley & Co., Inc.
(f/k/a Morgan Stanley DW, Inc.)

OHS West:260243237.1    - 2 -    STIPULATION CONTINUING DUE DATE OF DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT (CASE NO. C 07 2547 JCS)