1 | Counsel Listed on Next Page

2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FISHER INVESTMENTS, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MORGAN STANLEY DW, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No.  C 07 2547 SC<br><br>**STIPULATION CONTINUING DUE DATE OF DEFENDANT MORGAN STANLEY & CO., INC.'S (F/K/A MORGAN STANLEY DW, INC.) RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**LOCAL RULE 6-1(a)** |

OHS West:260261171.1

| | |
|---|---|
| 1 | JOSEPH W. COTCHETT (State Bar No. 36324) |
|   | NANCY L. FINEMAN (State Bar No. 124870) |
| 2 | COTCHETT, PITRE & McCARTHY |
|   | San Francisco Airport Office Center |
| 3 | 840 Malcolm Road, Suite 200 |
|   | Burlingame, CA 94010 |
| 4 | Telephone:   650-697-6000 |
|   | Facsimile:   650-697-0577 |
| 5 | |
|   | SCOTT METZGER (State Bar No. 89718) |
| 6 | ANNA F. ROPPO (State Bar No. 132680) |
|   | DUCKOR SPRADLING METZGER & WYNNE |
| 7 | 3043 – 4th Avenue |
|   | San Diego, CA 92103 |
| 8 | Telephone:   619-209-3000 |
|   | Facsimile:   619-209-3043 |
| 9 | |
|   | Attorneys for Plaintiff |
| 10 | Fisher Investments, Inc. |
| 11 | TRISH M. HIGGINS (State Bar No. 119215) |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 400 Capitol Mall, Suite 3000 |
|   | Sacramento, CA 95814-4497 |
| 13 | Telephone:   916-447-9200 |
|   | Facsimile:   916-329-4900 |
| 14 | |
|   | MICHAEL D. WEIL (State Bar No. 209056) |
| 15 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 16 | 405 Howard Street |
|   | San Francisco, CA 94105-2669 |
| 17 | Telephone:   415-773-5700 |
|   | Facsimile:   415-773-5759 |
| 18 | |
|   | Attorneys for Defendant |
| 19 | Morgan Stanley & Co., Inc. |
|   | (f/k/a Morgan Stanley DW, Inc.) |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Plaintiff Fisher Investments, Inc. ("Plaintiff" or "Fisher"), on the one hand, and Defendant Morgan Stanley & Co., Inc. (f/k/a Morgan Stanley DW, Inc.) ("Defendant" or "Morgan Stanley"), on the other hand, through their respective counsel, HEREBY STIPULATE and AGREE pursuant to Local Rule 6-1(a) as follows:

1. The parties have been engaged in good faith settlement negotiations. The parties agree that it would be injurious to the settlement process for the parties and counsel to have to devote substantial time and resources to address litigation demands, including motion work related to the Complaint. Accordingly, the parties agree to extend the time for defendant to file a responsive pleading to the complaint by another 30 days.

2. Plaintiff Fisher filed its Complaint in the Superior Court for the County of San Mateo on April 12, 2007, and served it on April 13, 2007. Defendant Morgan Stanley removed the complaint to federal court on May 14, 2007.

3. On May 16, 2007, the parties stipulated to extend the time for Morgan Stanley's response to the Complaint from May 21, 2007 to June 5, 2007.

4. On June 1, 2007, the parties stipulated to extend the time for Morgan Stanley's response to the Complaint from June 5, 2007 to June 20, 2007.

5. On June 18, 2007, the parties stipulated to extend the time for Morgan Stanley's response to the Complaint from June 20, 2007 to July 5, 2007.

6. The parties stipulate and agree that Defendant's time to respond to Plaintiff's Complaint shall be continued another thirty (30) days, until August 6, 2007.

7. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

SO STIPULATED.

| | |
|---|---|
| Dated: June 28, 2007 | JOSEPH W. COTCHETT<br>NANCY L. FINEMAN<br>COTCHETT, PITRE & McCARTHY<br><br>SCOTT METZGER<br>ANNA F. ROPPO<br>DUCKOR SPRADLING METZGER & WYNNE<br><br>By: /s/ Scott Metzger<br>Scott Metzger<br>Attorneys for Plaintiff<br>Fisher Investments, Inc. |
| Dated: June 28, 2007 | TRISH M. HIGGINS<br>MICHAEL D. WEIL<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br><br>By: /s/<br>Michael D. Weil<br>Attorneys for Defendant<br>Morgan Stanley & Co., Inc.<br>(f/k/a Morgan Stanley DW, Inc.) |

I hereby attest that the concurrence in the filing of this document has been obtained from Anna Roppo, Attorney for Plaintiff, Fisher Investments, Inc.

By: /s/
Michael D. Weil
Attorneys for Defendant
Morgan Stanley & Co., Inc.
(f/k/a Morgan Stanley DW, Inc.)