1 | Counsel Listed on Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FISHER INVESTMENTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY DW, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C 07 2547 SC<br><br>**STIPULATION CONTINUING DUE DATE OF DEFENDANT MORGAN STANLEY & CO., INC.'S (F/K/A MORGAN STANLEY DW, INC.) RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**LOCAL RULE 6-1(a)** |

1  JOSEPH W. COTCHETT (State Bar No. 36324)
   NANCY L. FINEMAN (State Bar No. 124870)
2  COTCHETT, PITRE & McCARTHY
   San Francisco Airport Office Center
3  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
4  Telephone:   650-697-6000
   Facsimile:   650-697-0577
5
   SCOTT METZGER (State Bar No. 89718)
6  ANNA F. ROPPO (State Bar No. 132680)
   DUCKOR SPRADLING METZGER & WYNNE
7  3043 – 4th Avenue
   San Diego, CA 92103
8  Telephone:   619-209-3000
   Facsimile:   619-209-3043
9
   Attorneys for Plaintiff
10 Fisher Investments, Inc.

11 TRISH M. HIGGINS (State Bar No. 119215)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 400 Capitol Mall, Suite 3000
   Sacramento, CA 95814-4497
13 Telephone:   916-447-9200
   Facsimile:   916-329-4900
14
   MICHAEL D. WEIL (State Bar No. 209056)
15 ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
16 405 Howard Street
   San Francisco, CA 94105-2669
17 Telephone:   415-773-5700
   Facsimile:   415-773-5759
18
   Attorneys for Defendant
19 Morgan Stanley & Co., Inc.
   (f/k/a Morgan Stanley DW, Inc.)
20

21

22

23

24

25

26

27

28

OHS West:260261171.1            - 2 -            STIPULATION CONTINUING DUE DATE OF
                                                 DEFENDANT'S RESPONSE TO PLAINTIFF'S
                                                 COMPLAINT (CASE No. C 07 2547 SC)

Plaintiff Fisher Investments, Inc. ("Plaintiff" or "Fisher"), on the one hand, and Defendant Morgan Stanley & Co., Inc. (f/k/a Morgan Stanley DW, Inc.) ("Defendant" or "Morgan Stanley"), on the other hand, through their respective counsel, HEREBY STIPULATE and AGREE pursuant to Local Rule 6-1(a) as follows:

1. The parties have been engaged in good faith settlement negotiations. The parties agree that it would be injurious to the settlement process for the parties and counsel to have to devote substantial time and resources to address litigation demands, including motion work related to the Complaint. Accordingly, the parties agree to extend the time for defendant to file a responsive pleading to the complaint by another 30 days.

2. Plaintiff Fisher filed its Complaint in the Superior Court for the County of San Mateo on April 12, 2007, and served it on April 13, 2007. Defendant Morgan Stanley removed the complaint to federal court on May 14, 2007.

3. On May 16, 2007, the parties stipulated to extend the time for Morgan Stanley's response to the Complaint from May 21, 2007 to June 5, 2007.

4. On June 1, 2007, the parties stipulated to extend the time for Morgan Stanley's response to the Complaint from June 5, 2007 to June 20, 2007.

5. On June 18, 2007, the parties stipulated to extend the time for Morgan Stanley's response to the Complaint from June 20, 2007 to July 5, 2007.

6. The parties stipulate and agree that Defendant's time to respond to Plaintiff's Complaint shall be continued another thirty (30) days, until August 6, 2007.

7. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

SO STIPULATED.

| | |
|---|---|
| Dated: June 28, 2007 | JOSEPH W. COTCHETT<br>NANCY L. FINEMAN<br>COTCHETT, PITRE & McCARTHY<br><br>SCOTT METZGER<br>ANNA F. ROPPO<br>DUCKOR SPRADLING METZGER & WYNNE<br><br>By: /s/ Scott Metzger<br>Scott Metzger<br>Attorneys for Plaintiff<br>Fisher Investments, Inc. |
| Dated: June 28, 2007 | TRISH M. HIGGINS<br>MICHAEL D. WEIL<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br><br>By: /s/<br>Michael D. Weil<br>Attorneys for Defendant<br>Morgan Stanley & Co., Inc.<br>(f/k/a Morgan Stanley DW, Inc.) |

I hereby attest that the concurrence in the filing of this document has been obtained from Anna Roppo, Attorney for Plaintiff, Fisher Investments, Inc.

By: /s/
Michael D. Weil
Attorneys for Defendant
Morgan Stanley & Co., Inc.
(f/k/a Morgan Stanley DW, Inc.)

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA