1   Counsel Listed on Next Page

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  FISHER INVESTMENTS, INC., a California          Case No.  C 07 2547 SC
    corporation,
13                                                  STIPULATION AND [PROPOSED]
                      Plaintiff,                    ORDER CONTINUING DUE DATE
14                                                  OF DEFENDANT MORGAN
              v.                                    STANLEY & CO., INC.'S (F/K/A
15                                                  MORGAN STANLEY DW, INC.)
    MORGAN STANLEY DW, INC., a                      RESPONSE TO PLAINTIFF'S
16  Delaware corporation, and DOES 1-10,            COMPLAINT
    inclusive,
17                                                  LOCAL RULE 6-1(a)
                      Defendants.
18

19

20

21

22

23

24

25

26

27

28

OHS West:260305368.1

1   JOSEPH W. COTCHETT (State Bar No. 36324)
    NANCY L. FINEMAN (State Bar No. 124870)
2   COTCHETT, PITRE & McCARTHY
    San Francisco Airport Office Center
3   840 Malcolm Road, Suite 200
    Burlingame, CA 94010
4   Telephone:    650-697-6000
    Facsimile:    650-697-0577
5
    SCOTT METZGER (State Bar No. 89718)
6   ANNA F. ROPPO (State Bar No. 132680)
    DUCKOR SPRADLING METZGER & WYNNE
7   3043 – 4th Avenue
    San Diego, CA 92103
8   Telephone:    619-209-3000
    Facsimile:    619-209-3043
9
    Attorneys for Plaintiff
10  Fisher Investments, Inc.

11  TRISH M. HIGGINS (State Bar No. 119215)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
12  400 Capitol Mall, Suite 3000
    Sacramento, CA  95814-4497
13  Telephone:    916-447-9200
    Facsimile:    916-329-4900
14
    MICHAEL D. WEIL (State Bar No. 209056)
15  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
16  405 Howard Street
    San Francisco, CA  94105-2669
17  Telephone:    415-773-5700
    Facsimile:    415-773-5759
18
    Attorneys for Defendant
19  Morgan Stanley & Co., Inc.
    (f/k/a Morgan Stanley DW, Inc.)
20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER CONTINUING
DUE DATE OF RESPONSE TO COMPLAINT
(CASE No. C 07 2547 SC)

1    Plaintiff Fisher Investments, Inc. ("Plaintiff" or "Fisher"), on the one hand, and Defendant

2   Morgan Stanley & Co., Inc. (f/k/a Morgan Stanley DW, Inc.) ("Defendant" or "Morgan

3   Stanley"), on the other hand, through their respective counsel, HEREBY STIPULATE and

4   AGREE pursuant to Local Rule 6-1(a) as follows:

5    1.    The parties have been engaged in good faith settlement negotiations.  The parties

6   may soon schedule a mediation with a private mediator to facilitate settlement negotiations.  The

7   parties agree that it would be injurious to the settlement process for the parties and counsel to

8   have to devote substantial time and resources to address litigation demands, including motion

9   work related to the Complaint, initial disclosures and other discovery demands.  Accordingly, the

10   parties agree to extend the time for defendant to file a responsive pleading to the complaint by

11   another 12 weeks.

12    2.    Plaintiff Fisher filed its Complaint in the Superior Court for the County of San

13   Mateo on April 12, 2007, and served it on April 13, 2007.  Defendant Morgan Stanley removed

14   the complaint to federal court on May 14, 2007.

15    3.    On May 16, 2007, the parties stipulated to extend the time for Morgan Stanley's

16   response to the Complaint from May 21, 2007 to June 5, 2007.

17    4.    On June 1, 2007, the parties stipulated to extend the time for Morgan Stanley's

18   response to the Complaint from June 5, 2007 to June 20, 2007.

19    5.    On June 18, 2007, the parties stipulated to extend the time for Morgan Stanley's

20   response to the Complaint from June 20, 2007 to July 5, 2007.

21    6.    On June 28, 2007, the parties stipulated to extend the time for Morgan Stanley's

22   response to the Complaint from July 5, 2007 to August 6, 2007.

23    7.    On July 31, 2007, the parties stipulated to extend the time for Morgan Stanley's

24   response to the Complaint from August 6, 2007 to September 20, 2007.

25    8.    The parties stipulate and agree that Defendant's time to respond to Plaintiff's

26   Complaint shall be continued another fourteen (12) weeks, until December 13, 2007.

27    SO STIPULATED.

28

1

Dated: September 20, 2007

2                                         JOSEPH W. COTCHETT
                                          NANCY L. FINEMAN
3                                         COTCHETT, PITRE & McCARTHY

4                                         SCOTT METZGER
                                          ANNA F. ROPPO
                                          DUCKOR SPRADLING METZGER & WYNNE
5

6                                         By: _____
7                                                     Scott Metzger
                                                    Attorneys for Plaintiff
8                                                  Fisher Investments, Inc.

9

Dated: September 20, 2007                 TRISH M. HIGGINS
10                                        MICHAEL D. WEIL
                                          ORRICK, HERRINGTON & SUTCLIFFE LLP
11

12
                                          By: _____/s/_____
13                                                    Michael D. Weil
                                                    Attorneys for Defendant
14                                                 Morgan Stanley & Co., Inc.
                                                (f/k/a Morgan Stanley DW, Inc.)
15

16

17          I hereby attest that the concurrence in the filing of this document has been obtained from

Scott Metzger, Attorney for Plaintiff, Fisher Investments, Inc.
18

19
                                          By: _____/s/_____
20                                                    Michael D. Weil
                                                    Attorneys for Defendant
21                                                 Morgan Stanley & Co., Inc.
                                                (f/k/a Morgan Stanley DW, Inc.)
22

23          PURSUANT TO STIPULATION, IT IS SO ORDERED.

24          Dated: _____, 2007.

25

26

27                                        _____
                                                  The Honorable Samuel Conti
                                             United States District Court Judge
28

STIPULATION & [PROPOSED] ORDER CONTINUING
DUE DATE OF RESPONSE TO COMPLAINT
(CASE NO. C 07 2547 SC)