1  TRISH M. HIGGINS (State Bar No. 119215)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  400 Capitol Mall, Suite 3000
   Sacramento, CA  95814-4497
3  Telephone:     916-447-9200
   Facsimile:     916-329-4900
4
   MICHAEL D. WEIL (State Bar No. 209056)
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:     415-773-5700
   Facsimile:     415-773-5759
8
   Attorneys for Defendant
9  Morgan Stanley & Co., Inc.
   (f/k/a Morgan Stanley DW, Inc.)
10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14

15 | FISHER INVESTMENTS, INC., a California corporation, | Case No.  C 07 2547 JCS |
   |---|---|
   | Plaintiff, | **DECLARATION OF SERVICE BY MAIL** |
   | v. | |
   | MORGAN STANLEY DW, INC., a Delaware corporation, and DOES 1-10, inclusive, | |
   | Defendants. | |

**DECLARATION OF SERVICE BY MAIL**

I am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669.

On September 20, 2007, I served upon plaintiff Fisher Investments, Inc. the following documents:

**STIPULATION AND [PROPOSED] ORDER CONTINUING DUE DATE OF DEFENDANT MORGAN STANLEY & CO., INC.'S (F/K/A MORGAN STANLEY DW, INC.) RESPONSE TO PLAINTIFF'S COMPLAINT**

by placing true and correct copies thereof in sealed envelopes addressed as follows:

>Scott Metzger
>Anna F. Roppo
>Duckor Spradling Metzger & Wynne
>3043 4th Avenue
>San Diego, CA 92103

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelopes for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

Executed on September 20, 2007, in the City and County of San Francisco, State of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



/s/ Rica Guerzon
Rica Guerzon

OHS West:260233352.1

DECLARATION OF SERVICE BY MAIL
(Case No. C 07 2547 JCS)