Counsel Listed on Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FISHER INVESTMENTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY DW, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C 07 2547 SC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DUE DATE OF DEFENDANT MORGAN STANLEY & CO., INC.'S (F/K/A MORGAN STANLEY DW, INC.) RESPONSE TO PLAINTIFF'S COMPLAINT<br><br>LOCAL RULE 6-1(a) |

```
 1  JOSEPH W. COTCHETT (State Bar No. 36324)
    NANCY L. FINEMAN (State Bar No. 124870)
 2  COTCHETT, PITRE & McCARTHY
    San Francisco Airport Office Center
 3  840 Malcolm Road, Suite 200
    Burlingame, CA 94010
 4  Telephone:   650-697-6000
    Facsimile:   650-697-0577
 5
    SCOTT METZGER (State Bar No. 89718)
 6  ANNA F. ROPPO (State Bar No. 132680)
    DUCKOR SPRADLING METZGER & WYNNE
 7  3043 – 4th Avenue
    San Diego, CA 92103
 8  Telephone:   619-209-3000
    Facsimile:   619-209-3043
 9
    Attorneys for Plaintiff
10  Fisher Investments, Inc.

11  TRISH M. HIGGINS (State Bar No. 119215)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
12  400 Capitol Mall, Suite 3000
    Sacramento, CA 95814-4497
13  Telephone:   916-447-9200
    Facsimile:   916-329-4900
14
    MICHAEL D. WEIL (State Bar No. 209056)
15  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
16  405 Howard Street
    San Francisco, CA 94105-2669
17  Telephone:   415-773-5700
    Facsimile:   415-773-5759
18
    Attorneys for Defendant
19  Morgan Stanley & Co., Inc.
    (f/k/a Morgan Stanley DW, Inc.)
20
21
22
23
24
25
26
27
28
```

OHS West:260305368.1   - 2 -   STIPULATION & [PROPOSED] ORDER CONTINUING DUE DATE OF RESPONSE TO COMPLAINT (CASE No. C 07 2547 SC)

1     Plaintiff Fisher Investments, Inc. ("Plaintiff" or "Fisher"), on the one hand, and Defendant Morgan Stanley & Co., Inc. (f/k/a Morgan Stanley DW, Inc.) ("Defendant" or "Morgan Stanley"), on the other hand, through their respective counsel, HEREBY STIPULATE and AGREE pursuant to Local Rule 6-1(a) as follows:

1. The parties have been engaged in good faith settlement negotiations. The parties may soon schedule a mediation with a private mediator to facilitate settlement negotiations. The parties agree that it would be injurious to the settlement process for the parties and counsel to have to devote substantial time and resources to address litigation demands, including motion work related to the Complaint, initial disclosures and other discovery demands. Accordingly, the parties agree to extend the time for defendant to file a responsive pleading to the complaint by another 12 weeks.

2. Plaintiff Fisher filed its Complaint in the Superior Court for the County of San Mateo on April 12, 2007, and served it on April 13, 2007. Defendant Morgan Stanley removed the complaint to federal court on May 14, 2007.

3. On May 16, 2007, the parties stipulated to extend the time for Morgan Stanley's response to the Complaint from May 21, 2007 to June 5, 2007.

4. On June 1, 2007, the parties stipulated to extend the time for Morgan Stanley's response to the Complaint from June 5, 2007 to June 20, 2007.

5. On June 18, 2007, the parties stipulated to extend the time for Morgan Stanley's response to the Complaint from June 20, 2007 to July 5, 2007.

6. On June 28, 2007, the parties stipulated to extend the time for Morgan Stanley's response to the Complaint from July 5, 2007 to August 6, 2007.

7. On July 31, 2007, the parties stipulated to extend the time for Morgan Stanley's response to the Complaint from August 6, 2007 to September 20, 2007.

8. The parties stipulate and agree that Defendant's time to respond to Plaintiff's Complaint shall be continued another fourteen (12) weeks, until December 13, 2007.

SO STIPULATED.

| | |
|---|---|
| Dated: September 20, 2007 | JOSEPH W. COTCHETT<br>NANCY L. FINEMAN<br>COTCHETT, PITRE & McCARTHY<br><br>SCOTT METZGER<br>ANNA F. ROPPO<br>DUCKOR SPRADLING METZGER & WYNNE<br><br>By: /s/<br>Scott Metzger<br>Attorneys for Plaintiff<br>Fisher Investments, Inc. |
| Dated: September 20, 2007 | TRISH M. HIGGINS<br>MICHAEL D. WEIL<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br><br>By: /s/<br>Michael D. Weil<br>Attorneys for Defendant<br>Morgan Stanley & Co., Inc.<br>(f/k/a Morgan Stanley DW, Inc.) |

I hereby attest that the concurrence in the filing of this document has been obtained from Scott Metzger, Attorney for Plaintiff, Fisher Investments, Inc.

By: /s/
Michael D. Weil
Attorneys for Defendant
Morgan Stanley & Co., Inc.
(f/k/a Morgan Stanley DW, Inc.)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 21, 2007.

IT IS SO ORDERED
Judge Samuel Conti

The Honorable
United States