1 | Counsel Listed on Next Page

2
3
4
5
6
7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

| | |
|---|---|
| FISHER INVESTMENTS, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MORGAN STANLEY DW, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No.  C 07 2547 SC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DUE DATE OF DEFENDANT MORGAN STANLEY & CO., INC.'S (F/K/A MORGAN STANLEY DW, INC.) RESPONSE TO PLAINTIFF'S COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>**LOCAL RULE 6-1(a)** |

| | |
|---|---|
| 1 | JOSEPH W. COTCHETT (State Bar No. 36324) |
| | NANCY L. FINEMAN (State Bar No. 124870) |
| 2 | COTCHETT, PITRE & McCARTHY |
| | San Francisco Airport Office Center |
| 3 | 840 Malcolm Road, Suite 200 |
| | Burlingame, CA 94010 |
| 4 | Telephone:    650-697-6000 |
| | Facsimile:    650-697-0577 |
| 5 | |
| | SCOTT METZGER (State Bar No. 89718) |
| 6 | ANNA F. ROPPO (State Bar No. 132680) |
| | DUCKOR SPRADLING METZGER & WYNNE |
| 7 | 3043 – 4th Avenue |
| | San Diego, CA 92103 |
| 8 | Telephone:    619-209-3000 |
| | Facsimile:    619-209-3043 |
| 9 | |
| | Attorneys for Plaintiff |
| 10 | Fisher Investments, Inc. |
| 11 | TRISH M. HIGGINS (State Bar No. 119215) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 400 Capitol Mall, Suite 3000 |
| | Sacramento, CA  95814-4497 |
| 13 | Telephone:    916-447-9200 |
| | Facsimile:    916-329-4900 |
| 14 | |
| | MICHAEL D. WEIL (State Bar No. 209056) |
| 15 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 16 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| 17 | Telephone:    415-773-5700 |
| | Facsimile:    415-773-5759 |
| 18 | |
| | Attorneys for Defendant |
| 19 | Morgan Stanley & Co., Inc. |
| | (f/k/a Morgan Stanley DW, Inc.) |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1	Plaintiff Fisher Investments, Inc. ("Plaintiff" or "Fisher"), on the one hand, and Defendant Morgan Stanley & Co., Inc. (f/k/a Morgan Stanley DW, Inc.) ("Defendant" or "Morgan Stanley"), on the other hand, through their respective counsel, HEREBY STIPULATE and AGREE pursuant to Local Rule 6-1(a) as follows:

1.	The parties have been engaged in good faith settlement negotiations. The parties have agreed to schedule a mediation with a private mediator, Judge William J. Cahill (Ret.), to facilitate settlement negotiations in February 2008, which is the earliest mutually convenient date available on Judge Cahill's calendar. The parties agree that it would be injurious to the settlement process for the parties and counsel to have to devote substantial time and resources to address litigation demands, including motion work related to the Complaint, attending case management conferences, initial disclosures and other discovery demands. Accordingly, the parties agree to extend the time for defendant to file a responsive pleading to the complaint until April 2008 and to continue the Case Management Conference to a date after the mediation scheduled for February 2008.

2.	Plaintiff Fisher filed its Complaint in the Superior Court for the County of San Mateo on April 12, 2007, and served it on April 13, 2007. Defendant Morgan Stanley removed the complaint to federal court on May 14, 2007.

3.	On May 16, 2007, the parties stipulated to extend the time for Morgan Stanley's response to the Complaint from May 21, 2007 to June 5, 2007.

4.	On June 1, 2007, the parties stipulated to extend the time for Morgan Stanley's response to the Complaint from June 5, 2007 to June 20, 2007.

5.	On June 18, 2007, the parties stipulated to extend the time for Morgan Stanley's response to the Complaint from June 20, 2007 to July 5, 2007.

6.	On June 28, 2007, the parties stipulated to extend the time for Morgan Stanley's response to the Complaint from July 5, 2007 to August 6, 2007.

7.	On July 31, 2007, the parties stipulated to extend the time for Morgan Stanley's response to the Complaint from August 6, 2007 to September 20, 2007. Additionally, the parties stipulated that the Case Management Conference scheduled for August 17, 2007 would be

continued until October 19, 2007.  On its own, the Court rescheduled the initial Case Management Conference until November 16, 2007.

8. The parties hereby stipulate and agree that Defendant's time to respond to Plaintiff's Complaint shall be continued March 7, 2008 and the Case Management Conference shall be continued from November 16, 2007 until April 18, 2008.

SO STIPULATED.

Dated: November 8, 2007

JOSEPH W. COTCHETT
NANCY L. FINEMAN
COTCHETT, PITRE & McCARTHY

SCOTT METZGER
ANNA F. ROPPO
DUCKOR SPRADLING METZGER & WYNNE


By:      /s/ Scott Metzger
                Scott Metzger
           Attorneys for Plaintiff
           Fisher Investments, Inc.

Dated: November 8, 2007

TRISH M. HIGGINS
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP


By:      /s/ Michael D. Weil
               Michael D. Weil
          Attorneys for Defendant
          Morgan Stanley & Co., Inc.
          (f/k/a Morgan Stanley DW, Inc.)

I hereby attest that the concurrence in the filing of this document has been obtained from Scott Metzger, Attorney for Plaintiff, Fisher Investments, Inc.

By: /s/ Michael D. Weil
Michael D. Weil
Attorneys for Defendant
Morgan Stanley & Co., Inc.
(f/k/a Morgan Stanley DW, Inc.)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2007.

_____
The Honorable Samuel Conti
United States District Court Judge
OHS West:260334425.1 — - 3 - — STIPULATION & [PROPOSED] ORDER CONTINUING DUE DATE OF RESPONSE TO COMPLAINT AND CMC (Case No. C 07 2547 SC)