1  Counsel Listed on Next Page
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FISHER INVESTMENTS, INC., a California corporation, | Case No.  C 07 2547 SC |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | **LOCAL RULE 6-1(a)** |
| MORGAN STANLEY DW, INC., a Delaware corporation, and DOES 1-10, inclusive, | |
| Defendants. | |

OHS West:260335213.1

1  JOSEPH W. COTCHETT (State Bar No. 36324)
   NANCY L. FINEMAN (State Bar No. 124870)
2  COTCHETT, PITRE & McCARTHY
   San Francisco Airport Office Center
3  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
4  Telephone:    650-697-6000
   Facsimile:    650-697-0577
5
   SCOTT METZGER (State Bar No. 89718)
6  ANNA F. ROPPO (State Bar No. 132680)
   DUCKOR SPRADLING METZGER & WYNNE
7  3043 – 4th Avenue
   San Diego, CA 92103
8  Telephone:    619-209-3000
   Facsimile:    619-209-3043
9
   Attorneys for Plaintiff
10 Fisher Investments, Inc.

11 TRISH M. HIGGINS (State Bar No. 119215)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 400 Capitol Mall, Suite 3000
   Sacramento, CA 95814-4497
13 Telephone:    916-447-9200
   Facsimile:    916-329-4900
14
   MICHAEL D. WEIL (State Bar No. 209056)
15 ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
16 405 Howard Street
   San Francisco, CA 94105-2669
17 Telephone:    415-773-5700
   Facsimile:    415-773-5759
18
   Attorneys for Defendant
19 Morgan Stanley & Co., Inc.
   (f/k/a Morgan Stanley DW, Inc.)
20

21

22

23

24

25

26

27

28

OHS West:260335213.1                - 2 -

PROOF OF SERVICE

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is The Orrick Building, 405 Howard Street, San Francisco, California 94105.

On November 8, 2007, I served:

**STIPULATION AND [PROPOSED] ORDER CONTINUING DUE DATE OF DEFENDANT MORGAN STANLEY & CO., INC.'S (F/K/A MORGAN STANLEY DW, INC.) RESPONSE TO PLAINTIFF'S COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE**

by placing a true and correct copy thereof in a sealed envelope addressed as follows:

> Scott Louis Metzger
> Anna Frustaglio Roppo
> Duckor Spradling
> Metzger & Wynne
> 3043 - 4th Avenue
> San Diego, CA 92103

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

Executed on November 9, 2007, in the City and County of San Francisco, State of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Rica Guerzon