1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FISHER INVESTMENTS, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MORGAN STANLEY DW, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No.  C 07 2547 SC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MORGAN STANLEY & CO., INC.'S (F/K/A MORGAN STANLEY DW, INC.) MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)**<br><br>Date:　　May 9, 2008<br>Time:　　10:00 a.m.<br>Dept.:　　1<br>Judge:　　The Honorable Samuel Conti |

Defendant Morgan Stanley & Co., Inc.'s (F/K/A Morgan Stanley DW, Inc.) ("Morgan Stanley") motion for an order dismissing plaintiff Fisher Investment, Inc.'s ("plaintiff") claims for interference with business relations; violation of Business and Professions Code section 17200 (unfair competition); unjust enrichment; and conversion on May 9, 2008 at 10:00 a.m. Having considered the arguments of counsel and the papers submitted, and good cause appearing therefore:

1) Morgan Stanley's motion to dismiss plaintiff's Second Cause of Action for Interference With Business Relations is GRANTED, without leave to amend.

2) Morgan Stanley's motion to dismiss plaintiff's Third Cause of Action for Violation of Business and Professions Code Section 17200 (Unfair Competition) is GRANTED, without leave to amend.

3) Morgan Stanley's motion to dismiss plaintiff's Fourth Cause of Action for Unjust Enrichment is GRANTED, without leave to amend.

4) Morgan Stanley's motion to dismiss plaintiff's Fifth Cause of Action for Conversion is GRANTED, without leave to amend.

IT IS SO ORDERED.

Dated: _____, 2008.

The Honorable Samuel Conti
United States District Court Judge