| | |
|---|---|
| 1 | TRISH M. HIGGINS (State Bar No. 119215) |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | 400 Capitol Mall, Suite 3000 |
|   | Sacramento, CA  95814-4497 |
| 3 | Telephone:    916-447-9200 |
|   | Facsimile:    916-329-4900 |
| 4 | |
|   | MICHAEL D. WEIL (State Bar No. 209056) |
| 5 | THOMAS A. HARVEY (State Bar No. 235342) |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 6 | The Orrick Building |
|   | 405 Howard Street |
| 7 | San Francisco, CA  94105-2669 |
|   | Telephone:    415-773-5700 |
| 8 | Facsimile:    415-773-5759 |
| 9 | Attorneys for Defendant |
|   | Morgan Stanley & Co., Inc. |
| 10 | (f/k/a Morgan Stanley DW, Inc.) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| FISHER INVESTMENTS, INC., a California corporation, | | Case No.  C 07 2547 JCS |
| | | **NOTICE OF SETTLEMENT** |
| Plaintiff, | | |
| v. | | |
| MORGAN STANLEY DW, INC., a Delaware corporation, and DOES 1-10, inclusive, | | |
| Morgan Stanley. | | |

Plaintiff Fisher Investments Inc. and Defendant Morgan Stanley & Co., Inc. hereby notify the Court that the parties have reached a settlement in this matter. Counsel for Defendant and Plaintiff are in the process of preparing a written Release and Settlement Agreement and Stipulated Dismissal. The Parties anticipate that they will file a dismissal on or before May 1, 2008. Accordingly, the Parties request that the Court take the initial case management conference, currently set for April 25, 2008, off calendar or continue it to a later date. The parties also request that the Court take Morgan Stanley's motion to dismiss off calendar. The motion is currently set for May 9, 2008.

Dated: April 11, 2008

JOSEPH W. COTCHETT
NANCY L. FINEMAN
COTCHETT, PITRE & McCARTHY

SCOTT METZGER
ANNA F. ROPPO
DUCKOR SPRADLING METZGER & WYNNE


By: _____/s/ Scott Metzger_____
         Scott Metzger
     Attorneys for Plaintiff
     Fisher Investments, Inc.

Dated: April 11, 2008

TRISH M. HIGGINS
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____/s/ Michael D. Weil_____
         Michael D. Weil
     Attorneys for Defendant
     Morgan Stanley & Co., Inc.
     (f/k/a Morgan Stanley DW, Inc.)

I hereby attest that the concurrence in the filing of this document has been obtained from Scott Metzger, Attorney for Plaintiff, Fisher Investments, Inc.

1
2
3
                                 By:      /s/ Michael D. Weil
                                         Michael D. Weil
                                       Attorneys for Defendant
                                       Morgan Stanley & Co., Inc.
                                     (f/k/a Morgan Stanley DW, Inc.)

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28