**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FISHER INVESTMENTS, INC.,

                    Plaintiff(s),

        v.

MORGAN STANLEY DW, INC.,

                    Defendant(s).
_____/

No.  C-07-2547-SC

Clerk's Notice

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** scheduled for **April 25, 2008**  before the Honorable Samuel Conti. The conference has been reset for **May 9, 2008 at 10:00 a.m.**

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: April 14, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:   T. De Martini
        Courtroom Deputy Clerk