1 | Counsel Listed on Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FISHER INVESTMENTS, INC., a California corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>MORGAN STANLEY DW, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>   Defendants. | Case No.  C 07 2547 SC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | JOSEPH W. COTCHETT (State Bar No. 36324) |
|   | NANCY L. FINEMAN (State Bar No. 124870) |
| 2 | COTCHETT, PITRE & McCARTHY |
|   | San Francisco Airport Office Center |
| 3 | 840 Malcolm Road, Suite 200 |
|   | Burlingame, CA 94010 |
| 4 | Telephone:   650-697-6000 |
|   | Facsimile:    650-697-0577 |
| 5 | |
|   | SCOTT METZGER (State Bar No. 89718) |
| 6 | ANNA F. ROPPO (State Bar No. 132680) |
|   | DUCKOR SPRADLING METZGER & WYNNE |
| 7 | 3043 – 4th Avenue |
|   | San Diego, CA 92103 |
| 8 | Telephone:   619-209-3000 |
|   | Facsimile:    619-209-3043 |
| 9 | |
|   | Attorneys for Plaintiff |
| 10 | Fisher Investments, Inc. |
| 11 | TRISH M. HIGGINS (State Bar No. 119215) |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 400 Capitol Mall, Suite 3000 |
|   | Sacramento, CA  95814-4497 |
| 13 | Telephone:   916-447-9200 |
|   | Facsimile:    916-329-4900 |
| 14 | |
|   | MICHAEL D. WEIL (State Bar No. 209056) |
| 15 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 16 | 405 Howard Street |
|   | San Francisco, CA  94105-2669 |
| 17 | Telephone:   415-773-5700 |
|   | Facsimile:    415-773-5759 |
| 18 | |
|   | Attorneys for Defendant |
| 19 | Morgan Stanley & Co., Inc. |
|   | (f/k/a Morgan Stanley DW, Inc.) |

1  IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that all claims asserted in this case by Plaintiff are hereby dismissed with prejudice and, further, that all parties shall bear their own costs and fees.

SO STIPULATED.

Dated: April 24, 2008

JOSEPH W. COTCHETT
NANCY L. FINEMAN
COTCHETT, PITRE & McCARTHY

SCOTT METZGER
ANNA F. ROPPO
DUCKOR SPRADLING METZGER & WYNNE

By: /s/ Scott Metzger
Scott Metzger
Attorneys for Plaintiff
Fisher Investments, Inc.

Dated: April 24, 2008

TRISH M. HIGGINS
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Michael D. Weil
Michael D. Weil
Attorneys for Defendant
Morgan Stanley & Co., Inc.
(f/k/a Morgan Stanley DW, Inc.)

I hereby attest that the concurrence in the filing of this document has been obtained from Scott Metzger, Attorney for Plaintiff, Fisher Investments, Inc.

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

By: /s/ Michael D. Weil
Michael D. Weil
Attorneys for Defendant
Morgan Stanley & Co., Inc.
(f/k/a Morgan Stanley DW, Inc.)